# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Finnegan, Sheila M. | District Court - Northern District of Illinois | 10/11/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT)_ | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ✔ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

219 S. Dearborn Street
Room 2206
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Northwestern University Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 10/11/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Northwestern University Law School | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Securitas (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | The Sedona Conference | 03/20/2012-03/22/2012 | San Diego, CA | Speak on e-discovery panels at Sedona Conference | travel, lodging, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 10/11/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Templeton Growth Fund-A (TEPLX) | A | Dividend | K | T | | | | | |
| 2. New England Life Ins. Variable Life - SF (MetLife Stk Index) | B | Int./Div. | K | T | | | | | |
| 3. Everbank Checking | A | Interest | J | T | | | | | |
| 4. U.S. Employee Credit Union Checking and Saving | A | Interest | J | T | | | | | |
| 5. Schwab Bank (credit card reward program) | A | Int./Div. | | | Closed | 12/31/12 | J | A | |
| 6. Iconix Brand Group, Inc. (ICON) | A | Dividend | J | T | | | | | |
| 7. Brokerage Account 1 (Fidelity) | | | | | | | | | |
| 8. -Fidelity Municipal Money Market | C | Interest | N | T | | | | | |
| 9. -Chicago IL Govt Bond 1/1/2016 | B | Interest | K | T | | | | | |
| 10. -Collier Cnty FLA Bond 10/1/2013 | A | Interest | K | T | | | | | |
| 11. -FL State Dept Gen Svcs Bond 9/1/2014 | A | Interest | K | T | | | | | |
| 12. -Midfirst Bank Okla City CD 9/24/2012 | A | Interest | | | Redeemed | 09/24/12 | K | A | |
| 13. -U.S. Treas Nts TIPS 4/15/2014 | A | Interest | K | T | | | | | |
| 14. -BWX ETF (Spdr Ser Tr Lehman Intl Treas Bd) | A | Interest | | | Sold | 12/05/12 | J | B | |
| 15. -EFA (Ishares Tr MSCI EAFE Index Fd) | B | Dividend | | | Sold | 12/05/12 | K | D | |
| 16. -HYG (Ishares Tr IBoxx & high yield corp Bd Fd) | B | Dividend | | | Sold | 12/05/12 | J | C | |
| 17. -IJH (Ishares Tr S&P Midcap 400 Index Fd) | A | Int./Div. | | | Sold | 11/28/12 | K | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -IVV (Ishares Tr S&P 500 Index Fd) | B | Int./Div. | | | Sold | 11/28/12 | L | E | |
| 19. -IWD (Ishares Tr Russell 1000 Value Index Fd) | A | Int./Div. | | | Sold | 11/28/12 | K | E | |
| 20. -IWF (Ishares Tr Russell 1000 Growth Index Fd) | B | Int./Div. | | | Sold | 11/28/12 | K | E | |
| 21. -IWO (Ishares Tr Russell 2000 Growth Index Fd) | A | Int./Div. | | | Sold (part) | 12/05/12 | J | D | |
| 22. | | | | | Donated | | | | |
| 23. -IWP (Ishares Tr Russell Midcap Growth Index Fd) | A | Int./Div. | | | Donated | | | | |
| 24. -Merck & Co.(formerly Schering Plough) | A | Dividend | J | T | | | | | |
| 25. -VEU (Vanguaard Intl Equity Index Fd FTSE All World Ex US) | A | Int./Div. | J | T | | | | | |
| 26. -MOS (Mosaic) | | None | | | Sold | 09/06/12 | K | B | |
| 27. -POT (Potash) | | None | J | T | | | | | |
| 28. -SPY (SPDR S&P500 ETF) | | | | | Sold | 12/05/12 | K | D | |
| 29. Brokerage Acct 2 (UBS- 08 to Fidelity ) | | | | | | | | | |
| 30. -RMA Money Mkt Portfolio | A | Dividend | K | T | | | | | |
| 31. -Charlottesville Va Bond 7/15/15 | A | Interest | K | T | | | | | |
| 32. -Charleston Cnty SC BE/R 4.250 ▓▓ dtd 0▓ | B | Interest | K | T | | | | | |
| 33. -New York NY Fiscal Ser Bond Mand Sink Fnd 10/15/16 | B | Interest | K | T | | | | | |
| 34. -Chicago IL Wstwtr Transm Rev Ser B FGIC ▓▓ Dtd ▓▓ | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Dallas Fort Worth Tx In Sr A Rv BE/R 5.000 DTD | B | Interest | K | T | | | | | |
| 36. -Denton Texas Util Sys Rev FSA B/E /R 5.000 | B | Interest | K | T | | | | | |
| 37. -Georgia State Ser V /R/5.000 Dtd | B | Interest | K | T | | | | | |
| 38. -Illinois St NPFG Bd/R/5.000 DTD | A | Interest | K | T | | | | | |
| 39. -Illinois St Sync Cr/R/5.500 DTD | B | Interest | K | T | | | | | |
| 40. -Western Minn Mun Pwr Agy Ser B Rev NPFG B/E /R/5.000 C | B | Interest | K | T | | | | | |
| 41. -Humble Tx Indpt Sch Bond 2/15/19 | B | Interest | K | T | | | | | |
| 42. -Port St. Lucie Fl U/Rev Rev NPFG B/E /R/ | B | Interest | K | T | | | | | |
| 43. -Monroe Cnty NY AGC BE/R/ | A | Interest | K | T | | | | | |
| 44. -Hamilton Cnty Oh SWR Sys Imp Rev NPFG B/E /R/ | A | Interest | K | T | | | | | |
| 45. -Maryland St. Sr A BE/R/ | B | Interest | K | T | | | | | |
| 46. -NARAX (Virtus Mult-sector Short term bond) | A | Dividend | K | T | | | | | |
| 47. -PDINX (Putnam Diversified Income Trust Class A) | A | Dividend | | | Sold | 02/01/12 | K | A | |
| 48. -EVBLX (Eaton Vance Floating Rate Fund Class A) | A | Dividend | K | T | | | | | |
| 49. -PUBAX (Pimco Unconstrained Bond Fund Class A) | A | Dividend | K | T | | | | | |
| 50. -PTTAX (Pimco Total Return Fund Class A) | A | Dividend | J | T | | | | | |
| 51. -HFLAX (Hartford Floating Rate Fund Class A) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -DLTNX (Double Line Total Return Fund) | A | Dividend | K | T | Buy | 02/14/12 | K | | |
| 53. | | | | | Buy (add'l) | 04/25/12 | J | | |
| 54. Brokerage acct 3 (Fid/ ) | | | | | | | | | |
| 55. -Hawaii Cnty 0 BDS Ser 5.0% TRD | | | | | Buy | 12/28/12 | K | | |
| 56. Rollover IRA SF (UBS ) | E | Int./Div. | N | T | | | | | |
| 57. -UBS Liquid Assets Fund | | | | | | | | | |
| 58. -GE Bond 2/1/13 | | | | | | | | | |
| 59. -CVS Corp Bond 9/15/14 | | | | | | | | | |
| 60. -Goldman Sachs Group Inc Bond 1/15/15 | | | | | | | | | |
| 61. -Anheuser Busch Co. Bond 2/1/15 | | | | | | | | | |
| 62. -Cisco Systems Inc Bond 2/22/16 | | | | | | | | | |
| 63. -Metlife Inc NTS 05.000% call@M/W | | | | | | | | | |
| 64. -TimeWarner Cable Inc 05.850% call | | | | | | | | | |
| 65. -EVBLX (Eaton Vance Floating Rate Fund) | | | | | | | | | |
| 66. -PDINX (Putnam Diversified Income Trust) | | | | | Sold | 02/01/12 | K | A | |
| 67. -NARAX (Virtus Multi-Sector Short Term Bond Fund) | | | | | | | | | |
| 68. -PUBAX (Pimco Unconstrained Bond Fund Class A) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -HFLAX (Hartford Floating Rate Fund Class A) | | | | | | | | | |
| 70. -PTTAX (Pimco Total Return Fund Class A) | | | | | | | | | |
| 71. -DLTNX (Double Line Total Return Fund) | | | | | Buy | 02/14/12 | K | | |
| 72. | | | | | Buy (add'l) | 04/25/12 | J | | |
| 73. Rollover IRA ___ (UBS-___) | E | Int./Div. | O | T | | | | | |
| 74. -UBS Liquid Assets Fund | | | | | | | | | |
| 75. -IWM (Ishares Trust Russell 2000 Index Fd) | | | | | Buy (add'l) | 11/07/12 | K | | |
| 76. -IWD (Ishares Trust Russell 1000 Value Index Fd) | | | | | Sold (part) | 11/07/12 | L | D | |
| 77. -IWF (Ishares Trust Russell 1000 Growth Index Fd) | | | | | Buy (add'l) | 04/25/12 | J | | |
| 78. | | | | | Buy (add'l) | 11/07/12 | K | | |
| 79. -IWR (Ishares Trust Russell Midcap Index Fd) | | | | | Buy (add'l) | 11/07/12 | J | | |
| 80. -VWO (Vanguard Intl Equity Index Fd Emerging Markets ETF) | | | | | Buy (add'l) | 11/07/12 | J | | |
| 81. -VEU (Vanguard Intl Equity Index Fd Inc FSTE All-World EX-US | | | | | Buy (add'l) | 11/07/12 | K | | |
| 82. -PGMAX (Pimco Global Multi Asset Fund Cl A) | | | | | Sold (part) | 04/03/12 | P1 | A | |
| 83. -EWG (Ishares Inc MISCI Germany Index Fund) | | | | | | | | | |
| 84. -EWJ (Ishares Inc MSCI Japan Index Fd) | | | | | | | | | |
| 85. -HDSAX (JPM Highbridge Dynamic Commod Strategy FBOID) | | | | | Sold | 04/03/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -PAUAX (Pimco All Assets All Auth-A) | | | | | Buy | 04/03/12 | K | | |
| 87. | | | | | Sold | 07/24/12 | K | A | |
| 88. -ARBFX (Arbitrage Fund No Load Class) | | | | | Buy | 04/03/12 | K | | |
| 89. -PDMAX (Putnam Absolute Return 700 Class A) | | | | | Sold | 04/03/12 | K | A | |
| 90. -PJMDX (Putnam Absolute Return 500 Class A) | | | | | Buy | 07/25/12 | K | | |
| 91. -WASAX (Ivy Asset Strategy Fund Class A) | | | | | Sold | 02/29/12 | K | A | |
| 92. -JSOAX (JP Morgan Strategic Income Opportunities Fund) | | | | | Buy | 04/03/12 | K | | |
| 93. -EAGMX (Eaton Vance Global Macro Absolute Return Fund A) | | | | | Buy | 04/03/12 | K | | |
| 94. | | | | | Buy | 04/26/12 | K | | |
| 95. -CLSVX (CBRE Clarion Long/Short Fd Inv) | | | | | Buy | 04/03/12 | K | | |
| 96. IRA Rollover Acct KS (Fidelity) | D | Int./Div. | M | T | | | | | |
| 97. -U.S. Treas Nts TIPS 4/15/2014 | | | | | | | | | |
| 98. -BEARX (Fed. Prudent Bear Fund Class A) | | | | | | | | | |
| 99. -OPGSX (Oppenheimer Gold & Spec Minerals Cl A) | | | | | | | | | |
| 100. -PRPFX (Permanent Portfolio) | | | | | | | | | |
| 101. -TIP (Ishares Barclays TIP Secs Fd) | | | | | | | | | |
| 102. -WASAX (Ivy Asset Strategy Cl A) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Roth IRA Accts___ (Fidelity) | A | Int./Div. | L | T | | | | | |
| 104. -FDRXX (Fidelity Cash Reserves) | | | | | | | | | |
| 105. -SPHIX (Fidelity High Income) | | | | | | | | | |
| 106. -POT (P:otash Corp) | | | | | | | | | |
| 107. -CUT (Claymore Exch Traded Fd Tr Global Bimber) | | | | | | | | | |
| 108. -DBV (Powershares DB G10 Currency Harvest Com Ut Ben Int) | | | | | | | | | |
| 109. -DBC (Powershares DB Commod. Index Tracking FD Unit Ben Int) | | | | | | | | | |
| 110. -MEDAX (MFS Emerging Mkts Debt Cl A) | | | | | | | | | |
| 111. -TPINX (Templeton Global Bond Class A) | | | | | | | | | |
| 112. Roth IRA___ 1 (Fidelity) | A | Int./Div. | K | T | | | | | |
| 113. -FDRXX (Fidelity Cash Reserves) | | | | | | | | | |
| 114. -SPHIX (Fidelity High Income) | | | | | | | | | |
| 115. -POT (Potash Corp) | | | | | | | | | |
| 116. Roth IRA UBS___ (to Fid___) | A | Int./Div. | K | T | | | | | |
| 117. -UBS Bank USA Deposit Acct | | | | | Sold | 12/06/12 | J | A | |
| 118. -PCEXX (UBS Pace Money Mkt Investment Fd) | | | | | Sold | 12/05/12 | J | A | |
| 119. -EVBLX (Eaton Vance Floating Rate Fund) | | | | | Sold | 04/26/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -PUBAX (Pimco Unconstrained Bond Fun Class A) | | | | | Sold (part) | 04/26/12 | J | A | |
| 121. | | | | | Sold (part) | 07/24/12 | J | A | |
| 122. | | | | | Sold | 12/11/12 | J | A | |
| 123. -WASAX (Ivy Asset Strategy Fund) | | | | | Sold | 02/29/12 | J | A | |
| 124. -PGMAX (Pimco Global Multi Asset Fund) | | | | | Sold | 04/26/12 | J | A | |
| 125. --PDMAX (Putnam Absolute Return 700 Class A) | | | | | Sold | 4/26/12 | J | A | |
| 126. -EAGMX (Eaton Vance Global cro Absolute Return Fund A) | | | | | Buy | 04/26/12 | J | | |
| 127. | | | | | Sold | 12/11/12 | J | A | |
| 128. -PTTAX (Pimco Total Return Fund Class A) | | | | | Buy | 05/08/12 | J | | |
| 129. | | | | | Sold (part) | 04/26/12 | J | A | |
| 130. | | | | | Sold (part) | 07/24/12 | J | A | |
| 131. | | | | | Sold | 12/11/12 | J | A | |
| 132. -PAUAX (Pimco All Assets) | | | | | Sold (part) | 04/26/12 | J | A | |
| 133. | | | | | Sold (part) | 07/24/12 | J | A | |
| 134. | | | | | Sold | 12/11/12 | J | A | |
| 135. -NARAX (Virtus Multi-Sector Short-terEm bond Fund - Class A) | | | | | Buy | 04/26/12 | J | | |
| 136. | | | | | Sold (part) | 07/24/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 12/11/12 | J | A | |
| 138. -HEMZX (Virtus Emerging Mkts Opportunitiesi Fund Class A) | | | | | Buy | 04/16/12 | J | | |
| 139. | | | | | Buy (add'l) | 07/24/12 | J | | |
| 140. | | | | | Sold | 12/11/12 | J | A | |
| 141. -JSOAX (JP Morgan Strategic Income Opportunites Fund) | | | | | Buy | 04/26/12 | J | | |
| 142. | | | | | Sold | 12/11/12 | J | | |
| 143. -PVSAX (Putnam Capital Spectrum A) | | | | | Buy | 04/26/12 | J | | |
| 144. | | | | | Sold | 12/11/12 | J | A | |
| 145. -DLTNX (Double Line Total Return Fund N) UB= | | | | | Buy | 04/26/12 | J | | |
| 146. | | | | | Sold (part) | 07/24/12 | J | A | |
| 147. | | | | | Sold | 12/11/12 | J | A | |
| 148. -VAPAX (Virtus Premium Alpha Sector Fund A) | | | | | Buy | 04/26/12 | J | | |
| 149. | | | | | Buy (add'l) | 07/24/12 | J | | |
| 150. | | | | | Sold | 12/11/12 | J | | |
| 151. -AFJAX (Allianz NFJ Intl Value Fund Class A) | | | | | Buy | 04/26/12 | J | | |
| 152. | | | | | Buy (add'l) | 07/24/12 | J | | |
| 153. | | | | | Sold | 12/11/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -HFLAX (Hartford Floating Ratge Fund Class A) | | | | | Buy | 04/26/12 | J | | |
| 155. | | | | | Sold | 12/11/12 | J | | |
| 156.  -ARBFX (Arbitrage Fund NO Load Class) | | | | | Buy | 04/26/12 | J | | |
| 157. | | | | | Sold | 12/11/12 | J | A | |
| 158.  -BOSOX (Boston Trust Small Cap Fund) | | | | | Buy | 04/26/12 | J | | |
| 159. | | | | | Buy (add'l) | 07/24/12 | J | | |
| 160. | | | | | Sold | 12/13/12 | J | A | |
| 161.  -CLSVX (CBRE clarion Long/Short FD Inv) | | | | | Buy | 04/26/12 | J | | |
| 162. | | | | | Buy (add'l) | 07/24/12 | J | | |
| 163. | | | | | Sold | 12/11/12 | J | A | |
| 164.  -PJMDX (Putnam Absolute Return 500 Class A) | | | | | Buy | 07/24/12 | J | | |
| 165. | | | | | Sold | 12/11/12 | J | A | |
| 166.  Roth IRA ▓ 2 (Fid ▓) | A | Int./Div. | K | T | | | | | |
| 167.  -ARDNX (Arden Alternative Strategies Class I) | | | | | Buy | 12/12/12 | J | | |
| 168.  -FAUDX (Strategic Advisers Short Duration Fund) | | | | | Buy | 12/12/12 | J | | |
| 169. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 170.  -FCSAX (Strategic Advisers Core Fund) | | | | | Buy | 12/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 172. -FILFX (Strategic Advisers Intl Fund) | | | | | Buy | 12/12/12 | J | | |
| 173. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 174. -FNSXX (FIMM Mmkt Port Inst Cl) | | | | | Buy | 12/12/12 | J | | |
| 175. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 176. -EAGMX (Eaton Vance Global Macro Absolute Return Fund A) | | | | | Buy | 04/26/12 | J | | |
| 177. | | | | | Sold | 12/11/12 | J | A | |
| 178. -FPCIX (Strategic Advisers Core Income Fund) | | | | | Buy | 12/12/12 | J | | |
| 179. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 180. -FSAGX (Fidelity Select Gold) | | | | | Buy | 12/12/12 | J | | |
| 181. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 182. -FSAMX (Strategic Advisers Emerging Markets) | | | | | Buy | 12/12/12 | J | | |
| 183. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 184. -FSCFX (Strategic Advisers Small-Mid Cap Fd) | | | | | Buy | 12/12/12 | J | | |
| 185. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 186. -FSGFX (Strategic Advisers Growth Fund) | | | | | Buy | 12/12/12 | J | | |
| 187. | | | | | Buy (add'l) | 12/13/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -FTBFX (Fidelity Total Bond) | | | | | Buy | 12/12/12 | J | | |
| 189. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 190. -FUSOX (Strategic Advisers US Oppty Fund) | | | | | Buy | 12/12/12 | J | | |
| 191. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 192. -FVSAX (Strategic Advisers Value Fund) | | | | | Buy | 12/12/12 | J | | |
| 193. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 194. -MERFX (Merger Fund) | | | | | Buy | 12/12/12 | J | | |
| 195. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 196. -MWLDX (Metropolitan West Low Duration M) | | | | | Buy | 12/12/12 | J | | |
| 197. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 198. -PSFAX (Pimco Short Term Administrative SHS) | | | | | Buy | 12/12/12 | J | | |
| 199. -PTRAX (Pimco Total Return Administrative SHS) | | | | | Buy | 12/12/12 | J | | |
| 200. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 201. -TPINX (Templeton Global Bond Class A) | | | | | Buy | 12/12/12 | J | | |
| 202. -FPIOX (Strategic Advisers Income Opportunities Fund) | | | | | Buy | 12/13/12 | J | | |
| 203. Health Savings Account IRA | A | Int./Div. | K | T | | | | | |
| 204. -VEU (Vanguard FTSE AllWorld Ex US ETF) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -VFINX (Vanguard 500 Index Fund Investor Shares) | | | | | | | | | |
| 206. -Federated Prime Cash Trust | | | | | | | | | |
| 207. Illinois Bright Start 529 (Index Age Based 18 yrs) | A | Int./Div. | L | T | | | | | |
| 208. Utah 529 Plan (Option 2) | A | Int./Div. | | | Distributed | 12/24/12 | J | | |
| 209. Illinois Bright Start 529 (Index Age Based 15-17 yrs) | C | Int./Div. | L | T | | | | | |
| 210. Utah 529 Plan (Option 9) | B | Int./Div. | K | T | | | | | |
| 211. Illinois Bright Start 529 (Index Age Based 12-14 Yrs) | C | Int./Div. | L | T | | | | | |
| 212. Illinois Bright Start 529 (Index Equity) | C | Int./Div. | J | T | | | | | |
| 213. Utah 529 Plan (Option 9) | B | Int./Div. | L | T | | | | | |
| 214. Fidelity 529 Plan (MA Portfolio 2015) | A | Int./Div. | J | T | | | | | |
| 215. Illinois College bonds | A | Interest | K | T | | | | | |
| 216. Brokerage Acct | A | Int./Div. | K | T | | | | | |
| 217. -FTEXX (Fidelity Municipal Money Market) | A | Int./Div. | J | T | | | | | |
| 218. -VTI (Vanguard Index Fds Vanguard Total Stk Mkt ETF) | A | Dividend | J | T | | | | | |
| 219. -SPY (SPDR S&P500 ETF) | A | Dividend | | | Sold | 11/29/12 | J | B | |
| 220. Brokerage Acct | | | | | | | | | |
| 221. -FTEXX (Fidelity Municipal Money Market) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -VTI (Vanguard Index Fds Vanguard Total Stk Mkt ETF) | A | Dividend | J | T | | | | | |
| 223. Brokerage Acct | | | | | | | | | |
| 224. -FTEXX (Fidelity Municipal Money Market) | A | Interest | J | T | | | | | |
| 225. -VTI (Vanguard Index Fds Vanguard Total Stk Mkt ETF) | A | Dividend | J | T | | | | | |
| 226. Roth IRA (Custodian Acct) | A | Int./Div. | K | T | | | | | |
| 227. -VEU (Vanguard Intl Eqty Index FTSE All World Ex US ETF) | | | | | | | | | |
| 228. -VTI (Vanguard Total Stock Mkt) | | | | | | | | | |
| 229. -Charles Schwab Bank | | | | | | | | | |
| 230. Roth IRA (Custodian Acct) | A | Int./Div. | J | T | | | | | |
| 231. -Charles Schwab Bank | | | | | | | | | |
| 232. Everbank checking - | A | Interest | J | T | | | | | |
| 233. Chase Bank checking - | A | Interest | J | T | | | | | |
| 234. Chase Bank saving - | A | Interest | J | T | | | | | |
| 235. | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |
| 238. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 10/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 10/11/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All UBS accounts were closed in December 2012. Assets in those accounts were transferred to Fidelity accounts. In this amended 2012 report, I am modifying Section VIII to provide additional information in response to questions from the Committee on Financial Disclosure in a letter dated 9/12/2013. With respect to Part VII, page 9, line 89 and page 11, line 125, where the report lists sales of PDMAX (Putnam Absolute Return 700 Class A). The shares of PDMAX identified on line 89 were purchased on 11/9/2011 with value code K. The shares identified on line 125 were also purchased on 11/9/2011 with value code D. These purchases were inadvertently omitted from the 2011 report. With respect to the question as to whether certain assets identified in Part VII of the 2011 report, namely TGINX on line 120, XLY on line 182, and MDLOX on line 226, should have been listed in the 2012 report, I have confirmed that the 2012 report is correct. These assets were all disposed of in 2011 but this was not reflected in the 2011 report. The 2011 report indicates on line 123 that shares of TGINX were purchased on 11/9/2011. This was a mistake. No purchase occurred on that date. All shares were sold by 9/22/2011 and no new shares were purchased after this date. As to XLY listed on line 120 of the 2011 report, these shares were sold on 9/23/2011. The value code is D and the gain code is A. Finally, as to MDLOX listed on line 226 of the 2011 report, these shares were sold on 11/15/2011. The value code is F and the gain code is A.

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 10/11/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sheila M. Finnegan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544